BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CV-00224-LJO-DLB |
| Plaintiff, | ) | **APPLICATION AND ORDER** |
| | ) | **FOR PUBLICATION** |
| v. | ) | |
| APPROXIMATELY $250,000.00 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 0009001010, HELD IN THE NAME OF SAMY M. HAUTER, | ) | |
| APPROXIMATELY $121,821.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO ACCOUNT NUMBER 8303260072, HELD IN THE NAME OF BOB M. HAUTER, | ) | |
| APPROXIMATELY $77,437.98 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 40036583595, HELD IN THE NAME OF BOB HAUTER, and | ) | |
| /// | ) | |
| /// | ) | |
| /// | ) | |
| /// | ) | |

1

1  APPROXIMATELY $985.53 IN U.S. )
2  CURRENCY SEIZED FROM WELLS )
   FARGO BANK ACCOUNT NUMBER )
3  7268864399, HELD IN THE NAME OF )
   BOB M. HAUTER, )
4  )
5  Defendants. )
6  )
   _____ )

7

8      The United States of America, Plaintiff herein, applies for an order of publication as

9  follows:

10     1.     Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and

11 Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall

12 cause public notice of the action to be given in a newspaper of general circulation or on the

13 official internet government forfeiture site;

14

15     2.     Local Rule 171, Eastern District of California, provides that the Court shall

16 designate by order the appropriate newspaper or other vehicle for publication;

17     3.     The defendant approximately $250,000.00 was seized from Bank of America

18 account number 00090001010 on September 14, 2011, at the Bank of America branch

19 located at 2513 Fresno Street in Fresno, California.  The defendant approximately

20 $121,821.00 was seized from Wells Fargo Bank account number 8303260072 on September

21 14, 2011, at the Wells Fargo Bank branch located at 1206 Van Ness Avenue in Fresno.  The

22 defendant approximately $958.53 was seized from Wells Fargo Bank account number

23 7268864399 on September 14, 2011, at the Wells Fargo Bank branch located at 1206 Van

24 Ness Avenue in Fresno, California.  The defendant approximately $77,437.98 was seized

25 from CitiBank account number 40036583595 on September 14, 2011, at the CitiBank

26 branch located 2303 Kern Street in Fresno, California (collectively "defendant funds").  The

27

28

defendant funds are in the custody of the United States Department of Treasury, Eastern District of California. The United States Department of Treasury published notice of the non-judicial forfeiture of the defendant funds on October 26, November 2, and November 9, 2011, in the *Business Journal* (Fresno County).

4.   Plaintiff proposes that publication be made as follows:

a.   One publication;

b.   Thirty (30) consecutive days;

c.   On the official internet government forfeiture site www.forfeiture.gov;

d.   The publication is to include the following:

(1)   The Court and case number of the action;

(2)   The date of the seizure/posting;

(3)   The identity and/or description of the property seized/posted;

(4)   The name and address of the attorney for the Plaintiff;

(5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may

///

///

///

///

3

be entered and condemnation ordered.

Dated: February 17, 2012                     BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Heather Mardel Jones
                                             HEATHER MARDEL JONES
                                             Assistant United States Attorney


## ORDER

IT IS SO ORDERED.

Dated:   **February 21, 2012**          /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE