BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $250,000.00 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 0009001010, HELD IN THE NAME OF SAMY M. HAUTER, <br><br> APPROXIMATELY $121,821.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO ACCOUNT NUMBER 8303260072, HELD IN THE NAME OF BOB M. HAUTER, <br><br> APPROXIMATELY $77,437.98 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 40036583595, HELD IN THE NAME OF BOB HAUTER, and | 1:12-CV-00224-LJO-DLB <br><br> **STIPULATION AND PROPOSED ORDER REGARDING SETTLEMENT CONFERENCE** <br><br> SETTLEMENT CONFERENCE HEARING DATE: AUGUST 8, 2012 <br> TIME: 10:00 A.M. <br> COURTROOM 9 <br><br> HONORABLE DENNIS L. BECK |

1

| | |
|---|---|
| APPROXIMATELY $985.53 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7268864399, HELD IN THE NAME OF BOB M. HAUTER,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Claimants Samy M. Hauter and Bob M. Hauter, and the United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting that the Settlement Conference currently set for August 8, 2012, at 10:00 a.m., before Honorable Magistrate Judge Dennis L. Beck, be vacated. The initial agreement to set such an early and optimistic Settlement Conference hearing, was made with the understanding that the parties would be able to conduct initial discovery prior to the Settlement Conference to ensure the Settlement Conference would result in a meaningful discussion of the case. However, in the short amount of time allotted, the parties have been unable to conduct the necessary discovery and now request that the currently scheduled Settlement Conference be vacated, with the understanding that the parties may request to have a Settlement Conference placed back on the Court's calendar in the future.

3. The parties hereby request and stipulate to remove from the Court's calendar, the Settlement Conference currently scheduled for August 8, 2012, at 10:00 a.m., before Honorable Magistrate Judge Dennis L. Beck.

///

///

///

Respectfully submitted,

Dated: July 17, 2012

BENJAMIN B. WAGNER
United States Attorney


/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: July 17, 2012


/s/ Neal Costanzo
NEAL COSTANZO
MICHAEL G. SLATER
Costanzo & Associates
Attorneys for Claimants Samy M. Hauter
and Bob M. Hauter

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the August 8, 2012, at 10:00 a.m. Settlement Conference is vacated.

IT IS SO ORDERED.

Dated:   **July 18, 2012**                     /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE

3