BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-00224-LJO-SAB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE** |
| APPROXIMATELY $250,000.00 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 0009001010, HELD IN THE NAME OF SAMY M. HAUTER, | |
| APPROXIMATELY $121,821.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO ACCOUNT NUMBER 8303260072, HELD IN THE NAME OF BOB M. HAUTER, | |
| APPROXIMATELY $77,437.98 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 40036583595, HELD IN THE NAME OF BOB HAUTER, and | |

1

| | |
|---|---|
| APPROXIMATELY $985.53 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7268864399, HELD IN THE NAME OF BOB M. HAUTER, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

The United States of America, and Claimants Samy M. Hauter and Bob M. Hauter, by and through their undersigned attorneys, hereby stipulate as follows:

1. The parties jointly request that a Settlement Conference be set for November 25, 2013, at 2:00 p.m., before Honorable Magistrate Judge Michael J. Seng.

2. The parties will provide their confidential settlement conference statement to Honorable Magistrate Judge Michael J. Seng, via email, by Monday November 18, 2013.

Dated: November 8, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: November 8, 2013

/s/ Neal Costanzo
NEAL COSTANZO
Attorney for Claimants Samy M. Hauter and Bob M. Hauter

IT IS SO ORDERED.

Dated: **November 12, 2013**

UNITED STATES MAGISTRATE JUDGE

2